JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA ASBERRY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 12-2565 RNB<br><br>**JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: <u>January 8, 2013</u>

*/s/ Robert N. Block*
───────────────────
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE